**FILED**
APR 17 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE LUIS TORRES (1), <br><br> Defendant. | Criminal Case No.90cr0003-WQH <br><br> JUDGEMENT AND ORDER OF DISMISSAL OF INFORMATION; <br> RECALL OUTSTANDING WARRANTS; AND JUDGMENT |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the information in the above-captioned case against defendant JOSE LUIS TORRES, is dismissed without prejudice; and,

IT IS FURTHER ORDERED that any outstanding warrants for JOSE LUIS TORRES, be recalled.

DATED: 4/16/12

HONORABLE WILLIAM Q. HAYES
United States District Court

JDP:kaj
4/10/12